**Walter C. Otto, Jr., Executor of the Estate of Walter C. Otto, Sr., Deceased, Plaintiff-Appellee, v. Roy A. Kropp and Irene U. Kropp, Defendants-Appellants.**

Gen. No. 52,450. ■

First District.

February 10, 1969.

■ Schiff, Hardin, Waite, Dorschel, of Chicago (W. Donald McSweeney, Peter V. Fazio, Jr., and Gerald D. Chiss, of counsel), for appellants; Pratt & Warvel, of Chicago (Charles J. Pratt and William H. Warvel, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. **Not to be published in full.**